CHARLES E. JAECKLE and WILBUR F. AURNHAMMER, on behalf of themselves, &c., complainants-appellants,

*v.*

L. BAMBERGER & COMPANY, a body corporate, defendant-respondent.

[Submitted February term, 1936. Decided April 24th, 1936.]

*Mr. Sydney A. Gutkin (Mr. I. Herbert Levy,* of counsel), for the appellants.

*Messrs. Pilney, Hardin & Skinner (Mr. Charles R. Hardin,* of counsel), for the respondent.

PER CURIAM.

The decree dismissing the bill of complaint is affirmed, for the reasons expressed in the opinion of the learned vice-chancellor.

The question of the jurisdiction of equity to grant the relief sought by complainants is reserved.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ. 9.

*For reversal*—LLOYD, PERSKIE, RAFFERTY, JJ. 3.